IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                        4:05CR00187-01-BRW

GARY DON SMITH

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is committed to the custody of the Bureau of Prisons for imprisonment for 36 months at a designated Bureau of Prisons correctional facility. The defendant is to be placed at the BOP correctional facility at Forrest City, Arkansas. The defendant is to participate in a nonresidential substance abuse treatment during incarceration.

A term of supervised release of 1 year shall be imposed to follow incarceration. All general and standard conditions previously imposed remain in full force and effect. The defendant shall participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 29th day of September, 2011.

                                            /s/Billy Roy Wilson
                                  UNITED STATES DISTRICT JUDGE

supvrl.2.Smith.wpd